NOVEMBER 21, 1996

No. 96–465. COLEMAN, SHAW, WILLOUS GROUP, INC., ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, CONSERVATOR FOR HOLLYWOOD FEDERAL SAVINGS BANK. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 96–6724 (A–360). BENNETT *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

NOVEMBER 27, 1996

No. 96–272. METROPOLITAN STEVEDORE CO. *v.* RAMBO ET AL. C. A. 9th Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, January 13, 1997. Briefs of respondents are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, February 12, 1997. A reply brief, if any, may be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, March 3, 1997. This Court's Rule 29.2 does not apply.

No. 96–318. RICHARDSON ET AL. *v.* McKNIGHT. C. A. 6th Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, January 13, 1997. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, February 12, 1997. A reply brief, if any, may be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, March 3, 1997. This Court's Rule 29.2 does not apply.